PHILIP MOSKOWITZ, Plaintiff, v. SAMUEL ROTHMAN Individually and as Executor of HYMAN ROTHMAN, Deceased, Defendant. RUTH BROWN, an Infant, by DORA BROWN, Her Guardian ad Litem, et al., Appellants, v. MATTHEW SMITH, as Receiver, Respondent.— Order denying application to vacate an order discharging a receiver in foreclosure so as to permit commencement of an action to recover damages for personal injuries alleged to have been sustained in an accident which occurred prior to the effective date of section 977-c of the Civil Practice Act, and to grant leave to appellants to institute an action against the receiver therefor, reversed, with $10 costs and disbursements, and the motion granted. In our opinion the papers submitted upon this motion allege acts of active, affirmative negligence on the part of the receiver which may be found to have caused the injuries alleged to have been sustained. Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

ISRAEL B. OSEAS, Respondent, v. MURAD A. SUTTON, Individually and as Trustee of SUTTON TRUSTS, et al., Appellants, et al., Defendants.— Order denying appellants' motion for judgment dismissing the complaint, pursuant to rules 106 and 107 of the Rules of Civil Practice, to cancel notices of pendency and to stay proceedings, affirmed, with $10 costs and disbursements, with leave to appellants to answer within ten days from the entry of an order hereon. No opinion. Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur. [See *post,* p. 1005.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MELCHIOR AMORE, Appellant.—Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating the Penal Law, sections 483 (endangering the health and morals of a child), 244 (assault in the third degree), and 483-b (carnal abuse), and sentencing him to serve three months in the workhouse. Judgment affirmed. No opinion. Nolan, P. J., Carswell and Johnston, JJ., concur; Adel and Wenzel, JJ., dissent and vote to reverse the judgment and to dismiss the information on the ground that the evidence was not sufficient to warrant the finding of guilt thereunder beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS AQUILINO, Appellant.—Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of a violation of section 986 of the Penal Law (book-making). Judgment unanimously affirmed. No opinion. Present—Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.